HONIGMAN MILLER SCHWARTZ AND COHN LLP
I. W. Winsten (P30528)
Judy B. Calton (P38733)
Douglas Salzenstein (P59288)
Marcia Bennett Boyce (P67584)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email: jcalton@honigman.com

Attorneys for Defendants Affinia Group Holdings, Inc.,
Affinia Canada Corp., and Brake Parts, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____/

| | |
|---|---|
| DELPHI CORPORATION, et al. | Chapter 11<br>Case No. 05-44481 (RDD)<br>Jointly Administered |

_____/

| | |
|---|---|
| DELPHI CORPORATION, et al., | |
| Plaintiffs, | Adv. Pro. No. 07-02198(RDD) |
| Against | |
| AFFINIA GROUP HOLDINGS, INC.,<br>AFFINIA, AFFINIA CANADA CORP.,<br>AFFINIA GROUP, AFFINIA CANADA, BRAKE<br>PARTS, INC., ITAPSA S.A. DE C.V.<br>AND WIX FILTRATION<br>PRODUCTS EUROPE | |
| Defendants. | |

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2010, I caused to be electronically filed *Motion of Affinia Group Holdings, Inc., Affinia Canada Corp., and Brake Parts, Inc. to: (A) Vacate Certain Prior Orders of the Court; (B) Dismiss the Complaint with Prejudice; or (C) in the Alternative, to Dismiss the Claims Against Certain Defendants Named in the Complaint and to*

*Require Plaintiffs to File a More Definite Statement; Notice of Motion; Memorandum of Law with Exhibits* and *Certificate of Service* using the ECF system which will send notification of such filing to the following:

- Judy B. Calton    jcalton@honigman.com
- Seth A. Drucker    sdrucker@honigman.com
- Eric Fisher    fishere@butzel.com, richarda@butzel.com
- Cynthia J. Haffey    haffey@butzel.com

The following parties were also served by First Class Mail on April 29, 2010:

Judge Robert D. Drain
Untied States Bankruptcy court
300 Quarropas St.
White Plaints, NY  10601-4140

Eric B. Fisher, Esq.
Cynthia Haffey, Esq.
Butzel Long
380 Madison Avenue
22nd Floor
New York New York 10017

Daniel F. X. Geoghan, Esq.
Togut, Segal & Segal LLP
One Penn Plaha
Suite 3335
New York, NY  10119

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

Attorneys for Defendants Affinia Group Holdings, Inc., Affinia Canada Corp., and Brake Parts, Inc.

By: /s/ Judy B. Calton
    Judy B. Calton (P38733)
    2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
e-mail: jcalton@honigman.com

Dated: April 29, 2010

DETROIT.4167523.1