HONIGMAN MILLER SCHWARTZ AND COHN LLP
I. W. Winsten (P30528)
Judy B. Calton (P38733)
Douglas Salzenstein (P59288)
Marcia Bennett Boyce (P67584)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email: jcalton@honigman.com

Attorneys for Defendants Itapsa S.A. de C.V. and
Wix Filtration Products Europe Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

DELPHI CORPORATION, et al.                        Chapter 11
                                                  Case No. 05-44481 (RDD)
                                                  Jointly Administered
_____/

DELPHI CORPORATION, et al.,

    Plaintiffs,                              Adv. Pro. No. 07-02198(RDD)

Against

AFFINIA GROUP HOLDINGS, INC.,
AFFINIA, AFFINIA CANADA CORP.,
AFFINIA GROUP, AFFINIA CANADA, BRAKE
PARTS, INC., ITAPSA S.A. DE C.V.
AND WIX FILTRATION
PRODUCTS EUROPE

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on May 14, 2010, I caused to be electronically filed *Joinder Of Affinia Foreign Defendants In Motion Of Affinia Group Holdings, Inc., Affinia Canada Corp., And Brake Parts, Inc. To: (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss The*

*Complaint With Prejudice; Or (C) In The Alternative, To Dismiss The Claims Against Certain Defendants Named In The Complaint And To Require Plaintiffs To File A More Definite Statement* And *Certificate Of Service* Using The ECF System Which Will Send Notification Of Such Filing To The Following:

- Judy B. Calton    jcalton@honigman.com
- Seth A. Drucker    sdrucker@honigman.com
- Eric Fisher    fishere@butzel.com, richarda@butzel.com
- Cynthia J. Haffey    haffey@butzel.com

The following parties were also served by First Class Mail on May 14, 2010:

Judge Robert D. Drain
United States Bankruptcy Court
300 Quarropas St.
White Plains, NY 10601-4140

Eric B. Fisher, Esq.
Cynthia Haffey, Esq.
Butzel Long
380 Madison Avenue
22nd Floor
New York, New York 10017

Daniel F. X. Geoghan
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

    HONIGMAN MILLER SCHWARTZ AND COHN LLP
    Attorneys for Defendants Itapsa S.A. de C.V. and Wix
    Filtration Products Europe Limited

    By: /s/ Judy B. Calton
        I. W. Winsten (Michigan Bar No. P30528)
        Judy B. Calton (Michigan Bar No. P38733)
        Douglas Salzenstein (Michigan Bar No. P59288)
        Marcia Bennett Boyce (Michigan Bar No. P67584)
    2290 First National Building
    6660 Woodward Avenue
    Detroit, MI 48226-3506
    Telephone: (313) 465-7344
    Facsimile: (313) 465-7345

email: jcalton@honigman.com

Dated: May 14, 2010
DETROIT 4185977